FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 1 1 2017

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CRIMINAL NO. 17-949 MCA |
| vs. | ) | Count 1: 21 U.S.C. § 846: Conspiracy; |
| **JEFFREY KLINE** and **SEASON SMITH**, | ) | Count 2: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B): Possession with Intent to Distribute 50 Grams and More of a Mixture and Substance Containing Methamphetamine; 18 U.S.C. § 2: Aiding and Abetting. |
| Defendants. | ) | |

INDICTMENT

The Grand Jury charges:

Count 1

On or about February 10, 2017, in San Juan County, in the District of New Mexico, and elsewhere, the defendants, **JEFFREY KLINE** and **SEASON SMITH**, unlawfully, knowingly and intentionally combined, conspired, confederated, agreed, and acted interdependently with each other and with other persons whose names are known and unknown to the Grand Jury to commit an offense against the United States, specifically, distribution of 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

In violation of 21 U.S.C. § 846.

Count 2

On or about February 10, 2017, in San Juan County, in the District of New Mexico, the defendants, **JEFFREY KLINE** and **SEASON SMITH**, unlawfully, knowingly and intentionally

possessed with intent to distribute a controlled substance, 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), and 18 U.S.C. § 2.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

*[signature]*
Assistant United States Attorney

*[initials KAB]*
4/10/2017 11:41 AM

2